AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br>Jorge Ricardo Gongora-Chi,<br><br>Date of Previous Judgment: 03/07/2011<br>(Use Date of Last Amended Judgment if Applicable) | )<br>)<br>) Case No: CR 09-222-RE<br>) USM No:<br>) Barry W. Engle<br>) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __57__ months **is reduced to** __41__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: __24__            Amended Offense Level: __21__
Criminal History Category: __II__         Criminal History Category: __II__
Previous Guideline Range: __57__ to __71__ months   Amended Guideline Range: __41__ to __51__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Sentence shall be concurrent to sentence imposed in CR-09-218-RE

Except as provided above, all provisions of the judgment dated __03/07/2011__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 1/13/12

Judge's signature: *Malcolm F. Marsh* (for)

Honorable James A. Redden
Printed name and title

Effective Date: _____
(if different from order date)